915 A.2d 1047

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MURRAY COHEN, DEFENDANT–PETITIONER.

January 31, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Pierce* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

915 A.2d 1047

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RUBEN JONES, DEFENDANT–PETITIONER.

January 31, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

915 A.2d 1048

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. GARRICK KIRK, DEFENDANT–PETITIONER.

January 31, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter